UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
In re:                                                            : Chapter 7
                                                                  :
       26 Bowery, LLC, et al.                     : Case No. 22-10412 (MG)
                                                                  :
              Debtor.                                  :
------------------------------------x
                                                                  :
       26 Bowery, LLC, et al.                     :
                                                                  :
                                                                  :
              Plaintiff(s)                             :
                                                                  :
     v.                                                         : Adversary. Proc. No. 23-1144 (MG)
                                                                  :
     Wilson Ng                                                  :
                                                                  :
              Defendant(s)                             :
------------------------------------x
                                                                  :
       26 Bowery, LLC, et al.                     :
                                                                  :
                                                                  :
              Plaintiff(s)                             :
                                                                  :
     v.                                                         : Adversary. Proc. No. 23-1145 (MG)
                                                                  :
     Steven Ng                                                  :
                                                                  :
              Defendant(s)                             :
------------------------------------x
                                                                  :
       26 Bowery, LLC, et al.                     :
                                                                  :
                                                                  :
              Plaintiff(s)                             :
                                                                  :
     v.                                                         : Adversary. Proc. No. 23-1146 (MG)
                                                                  :
     Mimin Ng                                                   :
                                                                  :
              Defendant(s)                             :
------------------------------------x
                                                                  :

```
26 Bowery, LLC, et al.              :
                                    :
                                    :
            Plaintiff(s)            :
                                    :
v.                                  : Adversary. Proc. No. 23-1147 (MG)
                                    :
William Ng                          :
                                    :
            Defendant(s)            :
-------------------------------------x
                                    :
26 Bowery, LLC, et al.              :
                                    :
                                    :
            Plaintiff(s)            :
                                    :
v.                                  : Adversary. Proc. No. 23-1148 (MG)
                                    :
Jenny Ng                            :
                                    :
            Defendant(s)            :
-------------------------------------x
                                    :
26 Bowery, LLC, et al.              :
                                    :
                                    :
            Plaintiff(s)            :
                                    :
v.                                  : Adversary. Proc. No. 23-1149 (MG)
                                    :
Megne Yong                          :
                                    :
            Defendant(s)            :
-------------------------------------x
                                    :
26 Bowery, LLC, et al.              :
                                    :
                                    :
            Plaintiff(s)            :
                                    :
v.                                  : Adversary. Proc. No. 23-1150 (MG)
                                    :
Barbara Mak                         :
                                    :
            Defendant(s)            :
                                    :
```

26 Bowery, LLC, et al.                    :
                                          :
                                          :
         Plaintiff(s)                     :
                                          :
v.                                        : Adversary. Proc. No. 23-1151 (MG)
                                          :
Cody Ng                                   :
                                          :
         Defendant(s)                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

                                          :
26 Bowery, LLC, et al.                    :
                                          :
                                          :
         Plaintiff(s)                     :
                                          :
v.                                        : Adversary. Proc. No. 23-1152 (MG)
                                          :
Hailey Ng                                 :
                                          :
         Defendant(s)                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**Order Regarding Pretrial Conferences Scheduled for September 6, 2023 at 10 AM**

Pretrial Conferences having been scheduled for September 6, 2023 at 10 AM in Courtroom 523, it is hereby,

ORDERED that all defendants in the above referenced adversary proceedings are required to attend the Conferences in person.

Dated: July 25, 2023
       New York, New York

                                                    /s/Martin Glenn
                                                Chief Judge Martin Glenn
                                              United States Bankruptcy Judge